# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

## AUTHORIZATION FOR SERVICE OF ORDERS AND JUDGMENTS VIA FACSIMILE TRANSMISSION

REC'D FEB 2 6 2008

TO THE CLERK OF COURT:

I waive the provisions of Fed. R. Civ. P. 77(d) or Fed. R. Cr. P. 49(c) providing for notice of the entry of Orders or Judgments by mail in the manner provided by Fed. R. Civ. P. 5 or Fed. R. Cr. P. 49(c), and authorized the Clerk of the United States District Court for the Northern District of Iowa to transmit notices, judgments, orders and other documents in all pending and future civil or criminal cases in which I enter my appearance by facsimile.

I understand it is my responsibility to provide the Clerk's Office with a FAX number dedicated for facsimile transmission and to notify the Clerk's Office promptly in writing if the dedicated FAX number changes. I also understand that this electronic notice will be in lieu of notice by mail.

Signed this 22 day of February, 2008

Signature: *Schutte*

Printed Name: Rhonda Schutte

Firm Name: N/A

Address: 2877 220th

Tripoli, Ia 50676

email address: rlschutte@netins.net

Phone No.: 319-404-5524   work: Rhonda.L.Schutte@IRS.GOV (gov)

THE FOLLOWING NUMBER IS DEDICATED FOR FACSIMILE TRANSMISSION:

FAX Number: 515-564-6851